**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOSUE BERNAL AND INDIRA BERNAL, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | CASE NO. 4:14cv236 |
| | § | Judge Clark/Judge Mazzant |
| DECISION ONE MORTGAGE COMPANY, LLC; THE BANK OF NEW YORK MELON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-0C3,WACHOVIA MORTGAGE CORP., MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-0C3; HSBC MORTGAGE SERVICES, INC., ET AL., | § § § § § § § § § § § § § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 28, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Bank of New York Mellon, f/k/a Bank of New York, as Trustee, on behalf of the registered holders of Alternative Loan Trust 2006-OC3, Mortgage Pass-Through Certificates Series 2006-OC3, erroneously named as Bank of New York Mellon, as Trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust 2006-OC3, Wachovia Mortgage Corp., Mortgage Pass Through Certificates, Series 2006-OC3's Motion to Dismiss Plaintiffs' Verified Complaint [Doc. #13] be denied.

1

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Defendant's Motion to Dismiss Plaintiffs' Verified Complaint [Doc. #13] is **DENIED.**

**So ordered and signed on**

**Oct 11, 2014**

_____
Ron Clark, United States District Judge